WILLIAM J. FOX, PETITIONER, v. DIVISION OF MOTOR VEHICLES, RESPONDENT.

*Messrs. Ross & Gladden* for the petitioner.

*Mr. Arthur J. Sills* and *Mr. Paul G. Levy* for the respondent.

February 25, 1963.   Denied.

THE PORT OF NEW YORK AUTHORITY, PLAINTIFF-PETITIONER, v. PUBLIC SERVICE ELECTRIC & GAS COMPANY, AND NEW JERSEY BELL TELEPHONE COMPANY, DEFENDANTS-RESPONDENTS.

See same case below: *76 N. J. Super.* 359.

*Mr. Francis A. Mulhern* and *Mr. Sidney Goldstein* of the New York Bar for the petitioner.

*Mr. Henry J. Sorenson* and *Mr. Michael J. O'Neill* for the respondents.

February 25, 1963.   Granted.